Victor E. Reuter, Respondent, v. George Jablow, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

The People of the State of New York, Respondent, v. Benny Reina, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

Charles G. Rice, Appellant, v. Edgar H. Tunley, Trading under the Name of Tunley Machine and Tool Works, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

James H. Turner and Lester R. Walls, Respondents, v. Harry Birnbaum and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

William Wortman, Respondent, v. Abraham Shebar and Harry Klein, Copartners, etc., and Another, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that plaintiff gave no evidence upon which a verdict for damages could be predicated. Plaintiff sought to recover, according to his complaint, " twenty-five per cent of all the profits made by the defendants during the year 1918, no matter what source realized from." The evidence offered by the plaintiff did not tend to prove that the defendants realized any profits from any source during the year 1918. Rich, Putnam, Blackmar and Jaycox, JJ., concur; Jenks, P. J., not voting.

Bird S. Coler, as Commissioner of Public Charities of the City of New York, Respondent, v. Albert Nelson, Appellant.— Motion to dismiss appeal granted, without costs. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Maurice Courland, Respondent, v. Edgar R. Gallavan and E. M. A. Realty Company, Inc., Appellants.— Motion denied on condition that appellants perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.